IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS C. O'BRYANT,
    Plaintiff,

vs.                                                      Case No. 5:09cv86/RS/EMT

LARRY D. LEWIS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff's "Motion to Voluntarily Dismiss" the instant civil rights case filed pursuant to 42 U.S.C. § 1983 (Doc. 19).

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's "Motion to Voluntarily Dismiss" (Doc. 19) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 16th day of April 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**