IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS C. O'BRYANT,

    Plaintiff,
vs.                                  CASE NO. 5:09cv86/RS-EMT

LARRY D. LEWIS,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. Plaintiff's Motion To Voluntarily Dismiss (Doc. 19) is **granted**.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on May 14, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**